**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

GREGORY LEE,

    Plaintiff,

v.                                                     CASE NO.  2:14-cv-00074-SPC DNF

CHECK MART OF FLORIDA, INC. d/b/a
MONEY MART, INC.

    Defendant.
_____/

## JOINT NOTICE TO COURT REGARDING SETTLEMENT

    Pursuant to Local Rule 3.08, the parties file this Joint Notice Regarding Settlement and advise the Court that Plaintiff GREGORY LEE's claims have been resolved in full.  Accordingly, the parties request that the Court administratively close the above action and enter an Order dismissing the case, subject to the right of any party to move the Court within sixty (60) days thereafter to reopen the case for good cause shown.

    Dated this 12th day of February 2015.

                                      Respectfully submitted,

                                      HENDERSON FRANKLIN STARNES & HOLT, P.A.

                                      s/John D. Agnew
                                      John D. Agnew
                                      Florida Bar No. 0027377
                                      P.O. Box 280
                                      Ft. Myers, FL 33902-0280
                                      Phone:  239.344.1364
                                      Fax:  239.344.1538
                                      E-mail:  john.agnew@henlaw.com

                                      MANEY & GORDON, P.A.

                                      s/David P. Mitchell
                                      David P. Mitchell
                                      Florida Bar No. 067249
                                      101 East Kennedy Blvd., Suite 3170
                                      Tampa, FL 33602
                                      Phone:  813.221.1366
                                      Fax:  813.223.5920
                                      E-Mail:  david@mitchellconsumerlaw.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing was electronically filed with the Clerk of Court on February 12, 2015, using CM/ECF system which will send a notice of electronic filings via the Court's ECF system to all counsel authorized to receive notice of electronic filing.

                                      s/John D. Agnew
                                      John D. Agnew